# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DYLAN JEROME BRADFORD**                                **PLAINTIFF**

**v.**                **CASE NO. 4:19-CV-00134 BSM**

**SALINE COUNTY DETENTION CENTER, et al.**             **DEFENDANTS**

## ORDER

After *de novo* review of the record, including plaintiff Dylan Bradford's timely objections [Doc. No. 14], United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 7] are adopted, and this case is dismissed without prejudice. Dismissal of this lawsuit counts as a "strike" for the purposes of 28 U.S.C. section 1915(g), and it is certified that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith. Bradford's discovery-related motions [Doc. Nos. 9, 10, 11, 12] are denied as moot.

IT IS SO ORDERED this 26th day of March 2019.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE